PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Phillip Ippolito   Cr.: 02-CR-882-01
   PACTS #: 01049

Name of Sentencing Judicial Officer: The Honorable William H. Walls

Date of Original Sentence: May 10, 2005

Original Offense: Transportation of Stolen Goods

Original Sentence: 36 months custody; 36 months of supervised release; DNA; Financial Disclosure; No New Debt; Employment Restriction; $97,330 restitution

Type of Supervision: TSR   Date Supervision Commenced: May 9, 2007

## STATUS REPORT

U.S. Probation Officer Action:

On May 10, 2005, the offender was sentenced by Your Honor to 36 months of custody to be followed by a 36 month term of supervised release. Mr. Ippolito's term of supervision commenced on May 9, 2007. The offender was transferred to our low intensity caseload on December 16, 2008.

Mr. Ippolito currently resides in Jersey City, NJ. He has been employed as a utility worker for JCMUA since the commencement of supervision. We believe that Mr. Ippolito has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $2,955 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Ippolito's term of supervision to expire as scheduled on May 8, 2010

   Respectfully submitted,
   *Patricia C. Jensen*
   By: Patricia C. Jensen
   U.S. Probation Officer Assistant
   Date: March 10, 2010

PROB 12A - Page 2
Phillip Ippolito

[ X ] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

31 March 2010
_____
Date